29 So.2d 895

**Elbert James DAVIS v. STATE.**

6 Div. 309.

Court of Appeals of Alabama.
Dec. 10, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

■

36 So.2d 608

**General DAVIS v. STATE.**

8 Div. 635.

Court of Appeals of Alabama.
May 25, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

■

33 So.2d 275

**John DAVIS v. STATE.**

6 Div. 435.

Court of Appeals of Alabama.
Dec. 16, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

32 So.2d 177

**Lecil DAVIS v. STATE.**

6 Div. 390.

Court of Appeals of Alabama.
April 29, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

■

34 So.2d 32

**Benjamin DEAKLE v. STATE.**

1 Div. 547.

Court of Appeals of Alabama.
Nov. 25, 1947.
Rehearing Stricken Jan. 13, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

■

29 So.2d 895

**J. A. (alias Putt, alias John) DENNIS v. STATE.**

4 Div. 987.

Court of Appeals of Alabama.
Nov. 19, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.